UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jehad Aarda,                                                          Civil No. 06-1561 (RHK/AJB)

        Plaintiff,                                                    **ORDER**

v.

United States Citizenship
and Immigration Services, et al.,

        Defendants.

---

      Plaintiff and Defendant have filed Objections to the January 19, 2007, Report and Recommendation of Magistrate Judge Arthur J. Boylan. Having reviewed the Report and Recommendation and the Objections thereto de novo, the Court concludes that the Objections should be overruled and the recommendation of Judge Boylan adopted.

      Accordingly, and upon all the files, records, proceedings herein, **IT IS ORDERED**:

      1. The Objections of Plaintiff (Doc. No. 26) are **OVERRULED**;

      2. The Objections of Defendant (Doc. No. 27) are **OVERRULED**;

      3. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

      4. Plaintiff's Motion for Leave of Court to File Plaintiff's First Amended Application (Doc. No. 20) is **GRANTED**;

      5. Plaintiff's Motion for Expedited Ruling (Doc. No. 23) is **DENIED AS MOOT**;

      6. Defendant's Motion to Dismiss or Alternatively for Remand (Doc. No. 10) is **GRANTED IN PART AND DENIED IN PART**. Defendants' motion to dismiss is **DENIED** and Defendants' motion to remand is **GRANTED** with instructions to the United States Citizenship and Immigration

Services and other defendants to complete all background checks, including an FBI name check and an IBIS name check, as necessary to fully process Plaintiff's naturalization application, and that the required actions be completed within 120 days of this Order; and

    7.  The Court will retain jurisdiction of this matter to assure compliance with the directives herein.

Dated: February 8, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge