UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jehad Aarda,

                            Plaintiff,

                                                               Civ. No. 06-1561 (RHK/AJB)
                                                                **ORDER**

v.

United States Citizenship and Immigration
Services, *et al.*,

                            Defendants.

---

      This matter is before the Court on Plaintiff Jehad Aarda's Objections to Magistrate Judge Arthur J. Boylan's Second Report and Recommendation (Doc. No. 41), dated December 6, 2007, in which Magistrate Judge Boylan recommends that Aarda's Motion for *de novo* Hearing on his Application for Naturalization (Doc. No. 29) be denied and that Defendants' Motion to Dismiss (Doc. No. 34) be granted.

      Pursuant to 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 72(b), and Local Rule 72.2, the Court has conducted *de novo* review of the objected-to portions of the Second Report and Recommendation and concludes that Magistrate Judge Boylan's recommended disposition is fully supported by the factual record and controlling legal principles.  Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED** as follows:

      1.      Plaintiff's Objections to the Second Report and Recommendation (Doc. No. 42) are **OVERRULED**;

2. The Second Report and Recommendation (Doc. No. 41) is **ADOPTED** in its entirety;

3. Plaintiff's Motion for *de novo* Hearing on his Application for Naturalization (Doc. No. 29) is **DENIED**; and

4. Defendants' Motion to Dismiss (Doc. No. 34) is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January  3 , 2008                               s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge